In the Matter of CAMPO CORPORATION et al., Appellants, against BENJAMIN F. FEINBERG et al., Constituting the Public Service Commission of the State of New York, et al., Respondents.

Argued March 11, 1952; decided April 23, 1952.

*Morway Picket* and *Harold J. Treanor* for Campo Corporation and others, appellants.

*Charles G. Blakeslee* and *John J. Donohue* for 219 West 81 St. Corporation, appellant.

*Lawrence E. Walsh, Counsel (George H. Kenney, Samuel R. Madison, Arthur Brooks* and *Frank C. Bowers* of counsel), for Public Service Commission, respondent.

*Cameron R. MacRae, Jacob H. Goetz* and *Arthur L. Webber* for Consolidated Edison Company of New York, Inc., respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.